**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

**UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 25-484 (JRT) |
| ABDINAJIB HASSAN YUSSUF | |
| _____ | |
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 25-366 (DSD) |
| ASHA FARHAN HASSAN | |
| _____ | |

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related for the following reasons:

■ The cases involve the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan;

■ The cases arise out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed;

■ The cases arise out of the same investigation and have temporal proximity;

■ A subsequent case results from cooperation rendered by a defendant or defendants in a previous case, whether open or closed; and

■ The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

Dated: January 9, 2026    Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

BY:  /s/ *Rebecca E. Kline*
REBECCA E. KLINE
JOSEPH H. THOMPSON
Assistant United States Attorneys