UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-484 (JRT)

UNITED STATES OF AMERICA,
plaintiff,

v.

**MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS**

ABDINAJIB HASSAN YUSSUF,
defendant.

Abdinajib Yussuf, through counsel, Deborah Ellis, moves the Court for an order modifying his conditions of release. Mr. Yussuf's current release conditions require that he not leave the State of Minnesota "except if necessary, deliveries to Hudson Wisconsin area." DK. # 22, p. 2. Yussuf requests that he be permitted to leave the State of Minnesota for work purposes only.

The basis of this motion is as follows:

1. Mr. Yussuf entered a guilty plea to the Information filed in this case on March 2, 2026. Mr. Yussuf waived an indictment and entered his guilty plea at his first appearance.

2. Mr. Yussuf has been compliant will all conditions of his release including regular check-ins with Pretrial Services for the past seven months.

3. He has continued to work for a delivery service earning approximately $800.00 per week.

4. Mr. Yussuf has a commercial driver's license (CDL) which he does not need for his current job.

5. Mr. Yussuf is the sole breadwinner for his family of 5; his oldest child is now in kindergarten; his two younger children are toddlers and are home with his wife. Childcare for the younger two is prohibitively expensive for their family.

6. Mr. Yussuf's monthly bills are currently in arrears.

7. Mr. Yussuf has a job opportunity with Mahab Logistics, LLC, which will pay him $1800.00 per week.

8. The job with Mahab requires a CDL and entails driving large Amazon trailers. Mr. Yussuf would need to travel outside of Minnesota in the Midwest region for pick-ups and deliveries. He would return to Minnesota at least once each week.

9. Contact information for the owner of Mahab Logistics has been provided to opposing counsel and Mr. Yussuf's supervising Pretrial/Probation officer.

10. Mr. Yussuf's supervising Pretrial/Probation officer has no objection to the proposed modification to Mr. Yussuf's pretrial release conditions.

11. Opposing counsel advised the undersigned that she was fine with the proposed modification is probation approved.

Based on the foregoing, Mr. Yussef seeks a modification of his conditions of release to allow him to leave the State of Minnesota for work purposes only.

Dated: October 5, 2026

Respectfully submitted,

*deborah ellis*
Deborah Ellis, Lawyer
332 Minnesota Street, W-1610
St. Paul, MN 55101
651-276-3423
deborahellis2626@gmail.com