UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-cr-00484 (JRT)

UNITED STATES OF AMERICA,

Plaintiff,

v.

ABDINAJIB HASSAN YUSSUF

Defendant.

**UNITED STATES' POSITION ON DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, Rebecca Yuan, Chief of the Health Care Fraud Section of the National Fraud Enforcement Division of the United States Department of Justice, Rebecca E. Kine, Assistant United States Attorney, and Sara E. Porter, Deputy Chief, respectfully responds to the Motion to Modify Conditions of Release [ECF No. 25] ("Motion") filed by defendant Abdinajib Hassan Yussuf ("Defendant"), and states that the United States has no objection to Defendant's Motion or the relief requested therein.

Dated: October 21, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Sara E. Porter*
BY: SARA E. PORTER
Deputy Chief